IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00426-LTB-MJW

L.S., by and through his parents and next friends, E.S. and J.S.,

Plaintiff,

v.

CALHAN SCHOOL DISTRICT RJ-1 and
PIKES PEAK BOCES,

Defendants.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Stipulated Motion for Protective Order (docket no. 15) is GRANTED finding good cause shown. The written Protective Order (docket no. 15-1) is APPROVED as amended in paragraphs 8, 9, 13, and 14 and made an Order of Court.

Date: May 22, 2015