IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Action No. 15-cv-00426-LTB-MJW

L.S., by and through his parents and next friends, E.S. & J.S.,

Plaintiff,

v.

CALHAN SCHOOL DISTRICT RJ-1 and
PIKES PEAK BOARD OF COOPERATIVE EDUCATIONAL SERVICES (BOCES),

Defendants.

_____

ORDER
_____

On November 11, 2015, I granted the parties' Joint Motion for Order Regarding the

Administrative Record and for Extension of Time to Respond to Dispositive Motions [Doc #37]

in which I ordered the Colorado Department of Education (CDE) to forward the administrative

record in this matter, and to number the entire record sequentially to facilitate uniform citations.

In so doing, I directed both parties to submit their pending dispositive motions with citations

amended to reflect the uniform CDE administrative record. [Doc #38]  Both the CDE and the

parties have complied with this order.

Accordingly, I DENY AS MOOT the following dispositive motions filed by the parties

prior to the submission of the uniform administrative record by the CDE:

1) Plaintiff's Motion for Summary Judgment [**Doc #20**];

2) Plaintiff's Motion for Summary Judgment on Defendant's Counterclaim [**Doc #31**]; &

3) Defendant's Motion for Judgment on the Administrative Record and Brief in Support

[**Doc #32**]

In addition, on February 11, 2016, I granted in part Defendant's Motion to Submit Additional Evidence and Brief in Support [Doc #30] and I ruled that Defendant would be allowed to present additional evidence, and Plaintiff would be allowed to present rebuttal evidence, at an evidentiary hearing. [Doc #51]

Accordingly, I DENY WITHOUT PREJUDICE the following pending dispositive motions, to be amended and re-filed, if appropriate, following the evidentiary hearing:

1) Plaintiff's Corrected Motion for Summary Judgment on Defendant's Counterclaim [**Doc #44**]; &

2) Defendant's Amended Motion for Judgment on the Administrative Record and Brief in Support [**Doc #45**].


Dated: February __16__, 2016, in Denver, Colorado.


BY THE COURT:


   s/Lewis T. Babcock
LEWIS T. BABCOCK, JUDGE