IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE LEWIS T. BABCOCK

_____

Courtroom Deputy:  Robert R. Keech             Date:  March 3, 2016
Court Reporter:       Mary George

_____

Civil Case No. **15-cv-00426-LTB-MJW**           <u>Counsel:</u>

**L.S., by and through his parents and next**       Jack D. Robinson
**friends E.S. and J.S.**,

    Plaintiff,

v.

**CALHAN SCHOOL DISTRICT RJ-1, and**             Kathleen A. Sullivan
**PIKES PEAK BOCES**,

    Defendants.
_____

COURTROOM MINUTES
_____

**SCHEDULING AND PRE-EVIDENTIARY HEARING CONFERENCE**

**8:58 a.m.     Court in Session.**

Court calls case.

Appearances of counsel.

The Court received the parties' proposed Pre-Evidentiary Hearing Order.

Court's opening remarks.

Plaintiff's Motion for Certification of February 19, 2016 Order as Final Under Fed. R. Civ. p. 54(b) [ECF Doc. No. 55], filed February 25, 2016, is raised for argument.

9:02 a.m.     Argument by Plaintiff by Mr. Robinson.

1

9:10 a.m.       Argument by Defendant by Ms. Sullivan.

9:15 a.m.       Argument by Plaintiff by Mr. Robinson.

Court makes findings.

**ORDERED:** Plaintiff's Motion for Certification of February 19, 2016 Order as Final Under Fed. R. Civ. p. 54(b) [ECF Doc. No. 55], filed February 25, 2016, is **DENIED.**

9:26 a.m.       Discussion regarding proposed Pre-Evidentiary Hearing Order, setting a 2-day evidentiary hearing, and testimony from Dr. Bruce E. Grabert.

**ORDERED:** Court will **HOLD IN ABEYANCE** a determination as to whether Dr. Bruce E. Grabert will be permitted to testify at the evidentiary hearing.

Pre-Evidentiary Hearing Order is **APPROVED BY THE COURT.**

**ORDERED**: A 2-day Evidentiary Hearing is set to commence on **Tuesday, May 10, 2016, at 9:00 a.m., in Courtroom C-401, Byron G. Rogers United States Courthouse.**

**ORDERED:** 3-day trial to the court set to commence on Monday, May 9, 2016, at 9:00 a.m. is **VACATED.**

**ORDERED:** Trial preparation conference set for Friday, April 8, 2016, at 8:00 a.m., is **VACATED.**

9:37 a.m.       Discussion regarding witnesses to be called at the 2-day evidentiary hearing.

**ORDERED**: Parties shall submit proposed findings of fact and conclusions of law together with any trial brief concerning evidentiary questions which remain not later than **Thursday, April 28, 2016.**

**9:40 a.m.      Court in Recess.  Hearing concluded.**

**Total Time in court:   :42**